■ BARBARA L. DWYER, as Executrix of RUBYE E. MCKINSTRY, Deceased, Respondent, v CITIZENS UNITED BANK, N. A., Appellant. (Appeal No. 2.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with same memorandum as in *Dwyer v Citizens United Bank* (appeal No. 1) (98 AD2d 954). (Appeal from order of Supreme Court, Erie County, Ricotta, J. — resettle order.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.